# Law Office of Andrew C. Laufer, PLLC

255 West 36th Street, Suite 1104
New York, NY 10018
(212) 422-1020 - phone
(212) 422-1069 - facsimile
E-Mail: alaufer@lauferlawgroup.com

Andrew C. Laufer
Evelyn Jaw

Of Counsel
Jennifer Cipolla

July 1, 2013

Via ECF
Honorable Sandra J. Feuerstein
U. S. District Court
Eastern District of New York
Long Island Courthouse
100 Federal Plaza
Central Islip, NY 11722-4438

**FILED**
IN CLERK'S OFFICE
U S DISTRICT COURT E D N Y

★ JUL 02 2013 ★

LONG ISLAND OFFICE

Re:   Shazad v. The County of Nassau
      EDNY – CV-13-2268 – (SJF)(WDW)

Dear Honorable Judge Feuerstein:

We represent the plaintiff in this matter. We respectfully request an adjournment of the return date for service of opposition to defendant's 12(b)(6) motion to August 8th, 2013 and service of reply papers to August 22, 2013. We have spoken to defense counsel, and he has agreed to this briefing schedule.

Thank you for your time and consideration of this matter.

Yours very truly,

Andrew C. Laufer

Enc.:

Cc:  Peter A. Laserna, Esq. – Via ECF

ACL/nb

SO ORDERED

s/ Sandra J. Feuerstein

U.S.D.J.   7/2/13